

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-14-00040-CR**

**IN RE CHARLES RAY BAKER**

**Original Proceeding**

**MEMORANDUM  OPINION**

Relator's petition for writ of mandamus is denied.

AL SCOGGINS
Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Petition denied
Opinion delivered and filed February 20, 2014
[OT06]